IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY W. ARMSTRONG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REDDING PAROLE DEPARTMENT, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:11cv0916 AWI DLB<br><br>ORDER TRANSFERRING ACTION<br>TO SACRAMENTO DIVISION |

　　　Proper venue of this action appears to be within the Sacramento division of this Court. Accordingly, this Court ORDERS that this action be transferred to the United States District Court for the Eastern District of California, Sacramento Division, pursuant to Local Rule 120.

　　　IT IS SO ORDERED.

　　　**Dated:**　June 9, 2011　　　　　　　　　／s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1