IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY W. ARMSTRONG, | No. CIV S-11-1576-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| REDDING PAROLE DEPT., et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is plaintiff's complaint (Doc. 1). A review of the complaint reveals that it is not signed, in contravention of Federal Rule of Civil Procedure 11. The complaint is stricken and plaintiff shall file a signed complaint within 30 days of the date of this order. Failure to comply may result in dismissal of the action. See Local Rule 110.

IT IS SO ORDERED.

DATED: September 1, 2011

_Craig M. Kellison_
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1