IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY W. ARMSTRONG, | No. CIV S-11-1576-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| REDDING PAROLE DEPARTMENT, et. al., | |
| Defendant. | |

Plaintiff, proceeding in pro per, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to the court by the Ninth Circuit Court of Appeals to certify whether the appeal is taken in good faith. See 28 U.S.C. § 1915(a)(3).

Having reviewed the entire file, the court concludes that the appeal is <u>not</u> taken in good faith. For the reasons stated in the court's April 12, 2012, findings and recommendations, plaintiff fails to state a claim upon which relief can be granted. Plaintiff's attempts to challenge his parole conditions and/or his parole violations is properly the subject of a writ of habeas corpus, not a § 1983 action.

Accordingly, IT IS HEREBY ORDERED that:

1. This appeal is frivolous and <u>not</u> taken in good faith;

1  2.  Plaintiff's in forma pauperis status is appropriately revoked; and

2  3.  The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

Dated: July 13, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge